**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE MCKENZIE,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.,<br><br>Defendant. | Case No.: ED CV 19-927-DMG (SHKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [27]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: August 14, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-